# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156584

ELMORE NICHOLS, JR.,
          Plaintiff,

v

SC: 156584

COURT OF APPEALS,
          Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered and relief is GRANTED in part. We DIRECT the Court of Appeals to docket the plaintiff's June 26, 2017 Motion to Reissue Judgment in Docket No. 333395 as a motion, and to issue an order deciding the motion.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk

d1023